

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-08-00358-CR

Adam Jay **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A05-467
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Appellant's conviction was affirmed by this court on March 18, 2009, and our mandate issued on May 21, 2009. On July 23, 2014, appellant filed a motion to obtain a free record so that he could prepare a writ of habeas corpus.

An indigent defendant ordinarily is not entitled to a free copy of his trial transcript for purposes of filing a postconviction habeas application. *In re Strickhausen*, 994 S.W.2d 936, 937 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). A free record is available for that purpose only if the defendant shows the habeas corpus application is not frivolous and there is a specific need for the trial records that are sought. *In re Coronado*, 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding). Appellant has not made any such showing here; therefore, his request is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court